## RECONSIDERATION DOCKET

**95-1294.** State v. Patton. *Summit County,* Nos. 16475 and 16634. Reported at 74 Ohio St.3d 1417, 655 N.E.2d 737. On motion for reconsideration. Motion denied.

**95-1345.** Owens v. Coleman. *Lucas County,* No. L-94-270. Reported at 74 Ohio St.3d 1417, 655 N.E.2d 738. On motion for reconsideration. Motion denied.

DOUGLAS, J., dissents.

RESNICK, J., not participating.